IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02252-AP

PAMELA J. DEEDON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    ANN J. ATKINSON, ESQ.
    7960 South Ireland Way
    Aurora, CO 80016
    (303) 680-1881
    AtkinsonAJ@aol.com

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:** 11/09/06

    **B.   Date Complaint Was Served on U.S. Attorney's Office:** 11/17/06

    **C.   Date Answer and Administrative Record Were Filed**: 01/17/07

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff intends to submit additional evidence as an attachment to her Opening Brief, consisting of evidence already informally presented to Defendant's counsel, including a report by A.B. Willett, M.D., dated October 31, 2006 and a report by Katherine Drapeau, D.O., dated November 10, 2006.  The Defendant has no objection to this submission.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

    **A.   Plaintiff's Opening Brief Due:** 03/08/07

    **B.   Defendant's Response Brief Due:** 04/23/07

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** 05/04/07

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 5th day of February, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Ann J. Atkinson | TROY A. EID |
| ANN J. ATKINSON | UNITED STATES ATTORNEY |
| 7960 South Ireland Way | |
| Aurora, CO 80016 | s/ Kurt J. Bohn |
| (303) 680-1881 | KURT J. BOHN |
| AtkinsonAJ@aol.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Thomas H. Kraus |
| | THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |