IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2252-AP**

**PAMELA J. DEEDON,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

# ORDER

Kane, J.

  This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #18), filed April 30, 2007.  This Court has reviewed the file and considered the motion.  It is hereby

  **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  Dated:  April 30, 2007.

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT