IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2252-AP**

**PAMELA J. DEEDON**,

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## **ORDER**

Kane, J.

The Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (doc. #21), filed May 8, 2007, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$5,700.00**.

Dated at Denver, Colorado, this 8th day of May, 2007.

                                                  BY THE COURT:

                                                  *S/John L. Kane*
                                                  JOHN L. KANE, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT